UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

EVAN PETROS, Individually,          :
                                    :
         Plaintiff,                 :
                                    :
v.                                  :   Case No. 1:13-cv-1312
                                    :
VAIDEHI, INC.                       :
A Domestic Corporation              :
                                    :
         Defendant.                 :

| /s/ Pete M. Monismith | /s/ Michael L. Lind |
|---|---|
| PETE M. MONISMITH | Michael L. Lind P62135 |
| PETE M. MONISMITH, PC | Attorney at Law |
| 3945 Forbes Avenue, | 1346 West Columbia Avenue, #201 |
| Suite #175 | Battle Creek, MI 49015 |
| Pittsburgh, Pennsylvania  15213 | (269) 964-4420 |
| Telephone:  (724) 610-1881 | ***Attorney for Defendant*** |
| Facsimile (412) 258-1309 | |
| Pete@monismithlaw.com | |
| ***Attorneys for Plaintiff*** | |

## STIPULATED ORDER OF DISMISSAL

At a session of said Court, held in the U.S. District Court for the Western District of Michigan,

On:   September 3, 2014

    ELLEN S. CARMODY, U.S. Magistrate Judge
PRESENT:  Honorable Ellen S. Carmody

The parties having stipulated to the entry of an Order dismissing, with prejudice, this action, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

/s/ Ellen S. Carmody
Honorable Ellen S. Carmody

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order to Dismiss the Complaint.

| | |
|---|---|
| /s/ Pete M. Monismith<br>PETE M. MONISMITH<br>PETE M. MONISMITH, PC<br>3945 Forbes Avenue,<br>Suite #175<br>Pittsburgh, Pennsylvania  15213<br>Telephone:  (724) 610-1881<br>Facsimile (412) 258-1309<br>Pete@monismithlaw.com<br>*Attorneys for Plaintiff*<br><br>Dated: September 2, 2014 | /s/ Michael L. Lind<br>Michael L. Lind P62135<br>Attorney at Law<br>1346 West Columbia Avenue, #201<br>Battle Creek, MI 49015<br>(269) 964-4420<br>*Attorneys for Defendant*<br><br>Dated: September 2, 2014 |